IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| EDUARDO CASTELAN-PRADO et al. | : | NO. 21-274-1 |

ORDER

AND NOW, this 27th day of May, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDRED that the motion of defendant Eduardo Castelan-Prado for discovery (Doc. # 39) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                    J.