```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :        CRIMINAL ACTION
                                :
          v.                    :
                                :
JOSE REYES OCHOA                :        NO. 21-274-2
```

ORDER

AND NOW, on this 31st day of March, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The pro se motion of defendant Jose Reyes Ochoa to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. # 120) is DENIED;

(2)  The pro se motion of defendant Ochoa to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. # 124) is DENIED; and

(3)  No certificate of appealability shall issue.

                                        BY THE COURT:


                                        /s/  Harvey Bartle III
                                                                J.